MARIA TEN EYCK et al., Respondents, *v.* CATHARINE A. WHIT-
BECK et al., Appellants.

*Ten Eyck* v. *Witbeck,* 55 App. Div. 165, affirmed.
(Argued January 23, 1902; decided February 11, 1902.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the third judicial department, entered
November 21, 1900, affirming a judgment in favor of plain-
tiffs entered upon a verdict and an order denying a motion
for a new trial.

*Charles E. Patterson* for appellants.

*Edwin Countryman* and *J. H. Clute* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., BARTLETT, HAIGHT, MARTIN,
VANN, CULLEN and WERNER, JJ.

---

THE BEAVER RIVER LUMBER COMPANY, Respondent, *v.* ST.
REGIS LEATHER COMPANY et al., Appellants.

*Beaver River Lumber Co.* v. *St. Regis Leather Co.,* 53 App. Div. 649,
affirmed.
(Argued January 23, 1902; decided February 11, 1902.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
July 31, 1900, affirming a judgment in favor of plaintiff
entered upon the report of a referee.

*Charles E. Snyder* for appellants.

*Elon R. Brown* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., BARTLETT, HAIGHT, MARTIN,
VANN, CULLEN and WERNER, JJ.